

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-19-00021-CR

---

ROBERT RAY OWENS, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 32,438CR

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

A Hunt County jury convicted Robert Ray Owens of possession of child pornography. *See* TEX. PENAL CODE ANN. § 43.26. After finding the State's punishment enhancement allegation true, the jury assessed a sentence of twenty years' imprisonment and a $10,000.00 fine. On appeal, Owens argues that the trial court erred in failing to suppress evidence obtained during the execution of a search warrant.

Owens raises this same issue in his appeals from two other convictions for possession of child pornography in cause numbers 06-19-00020-CR and 06-19-00022-CR. We addressed this issue in detail in our opinion of this date on Owens' appeal in cause number 06-19-00020-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Ralph K. Burgess
Justice

Date Submitted:     November 13, 2019
Date Decided:       November 14, 2019

Do Not Publish